UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DESEAN ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>Defendants. | Case No. 17-cv-00327-YGR (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

Defendants, Dr. Jessica Hamilton, Paul Manaut, N.P., Maritess Rayrao, Stephanie Monahan, and Mary Bolds (collectively "Defendants"), having made administrative motions to file under seal the following documents (dkts. 33, 41), the Court hereby ORDERS as follows:

1. Portions of Defendants' Notice of Motion and Motion for Summary Judgment or, in the Alternative, Summary Adjudication; Memorandum of Points and Authorities in Support contains confidential medical information pertaining to Plaintiff. This Court finds there is good cause to file the redacted portions of this document under seal.

2. The Declaration of Dr. Jessica Hamilton in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, contains and outlines confidential medical information and records pertaining to Plaintiff. This Court finds there is good cause to file the declaration under seal in accordance with the below table.

3. The Declaration of Paul Manaut, N.P., in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, contains and outlines confidential medical information pertaining to Plaintiff. This Court finds there is good cause to file this document under seal in accordance with the below table.

4. The Declaration of Jason W. Mauck., in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, contains and outlines

confidential medical information pertaining to Plaintiff. This Court finds there is good cause to file this document under seal in accordance with the below table.

5. The Separate Statement in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, contains and outlines confidential medical information pertaining to Plaintiff. This Court finds there is good cause to file this document under seal in accordance with the below table.

6. The documents to be filed as redacted or under seal are as follows:

| **Documents Sought to be Sealed** | |
|---|---|
| (As indicated in the concurrently filed redacted documents) | |
| **Notice and Motion of Motion for Summary Judgment or, in the Alternative, Summary Adjudication; Memorandum of Points and Authorities.** | 10:22-25; 11:25-12:4 |
| **Declaration of Dr. Jessica Hamilton in support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication.** | 5:12-14; 6:7-10; 6:17; 9:4; 9: fn.6; 11:14: 11:16; 11:18; 11:19-20; 11:22-23; 12:26-27; 13:7-19; 16:24-17:11; Exhibit 1[1]. |
| **Declaration of Paul Manaut, in support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication** | 7:5-9 |
| **Declaration of Jason W. Mauck in support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication** | 2:3-8, Exhibit 2. |
| **Separate Statement in support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication** | 3:5-9; 6:18-19 |

7. As noted, Defendants' attorney did not efile Exhibit 1 to Dr. Hamilton's

---

[1] The Court notes that Defendants' attorney did not efile Exhibit 1 to Dr. Hamilton's Declaration and stated that it was because "it is a voluminous document (PDF file size larger than efiling system allowances)." *See* Dkt. 38-1 at 2.

2

Declaration, which is described as "attached medical records," *see* Dkt. 33 at 2, and listed as an attachment to one of the present motions to seal as Docket No. 33-9. Instead, Defendants' attorney efiled a notice of manual filing. Because the Court is granting the instant motion to seal, the Court directs Defendants' attorney to efile Docket No. 33-9 (Exhibit 1 to Dr. Hamilton's Declaration) **under seal** no later than **fourteen (14) days** of the date of this Order. If necessary, Defendants' attorney shall contact the Clerk's Office for instructions on how to efile voluminous documents.

8. This Order terminates Docket Nos. 33 and 41.

IT IS SO ORDERED.

Dated: July 2, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge